**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| BARBARA ROWELL, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:05-CV-125 (HL) |
| JO ANNE B. BARNHART, : | |
| Defendant : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 16) filed February 21, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allotted.

**SO ORDERED,** this the 20th day of March, 2007.

                                            **s/ Hugh Lawson**
                                            **HUGH LAWSON, Judge
United States District Court**